UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:                                              )
                                                    )
   G&M HOMES L.L.C.NUMBER THREE    )    Case No. 06-10373
                                                    )    Chapter 7
                                                    )
   Debtor.                                  )
   _____)

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to 11 U.S.C. § 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court", in the amount of $11,703.15, representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Huntley Nyce Assoc LTD<br>14428 Albemarie Point Place, Suite 120<br>Chantilly, VA 20151 | $1,797.60 |
| Creative Touch<br>3105 N. Croatan Hwy, Suite 1<br>Kill Devil Hills, NC 27948 | $148.09 |
| Ara's Professional Service<br>P.O. Box 575<br>Sterling, VA 20167 | $1,052.46 |
| Washington Gas<br>Bankruptcy Dept.<br>6801 Industrial Road, Rm. 353<br>Springfield, VA 22151 | $12.98 |
| J M Lee Construction<br>504 Tappawingo Road, SW<br>Vienna, VA 22180-6416 | $1,837.16 |

| | |
|---|---|
| Target Masonry Inc.<br>12323 Rochester Drive<br>Fairfax, VA 22030-632 | $4,386.80 |
| Masco Contractor Svcs.<br>dba Davenport Insulation - Manassas<br>7521 Maynardville Hwy.<br>Knoxville, TN 37938 | $2,468.06 |

Date:    May 30, 2013

/s/ Wendell W. Webster
Wendell W. Webster, Trustee
Webster, Fredrickson, Correia, & Puth, PLLC
1775 K Street, N.W., Suite 600
Washington, DC  20006
(202) 659-8510